1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DAVID WHITNEY, | ) | Case No.: C 10-00713 PVT |
| | ) | |
| Plaintiff, | ) | **ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |
| v. | ) | |
| | ) | |
| JP MORGAN CHASE AS SUCCESSOR IN INTEREST TO WASHINGTON MUTUAL, ET AL., | ) ) ) ) | |
| Defendants. | ) | |
| _____ | ) | |

On April 2, 2010, defendant JP Morgan Chase Bank, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank, moved to dismiss pursuant to Rule 12(b)(6). This case has been assigned to a Magistrate Judge. Before the court takes any action on the motion to dismiss, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

IT IS HEREBY ORDERED that no later than April 16, 2010, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil) section of the court's

1  website at www.cand.uscourts.gov.

2  Dated: April 5, 2010

3  _____
   PATRICIA V. TRUMBULL
4  United States Magistrate Judge

ORDER, *page 2*