|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DAVID WHITNEY,              )  Case No.: C 10-00713 PVT
                            )
          Plaintiff,        )  **ORDER FOR REASSIGNMENT TO A**
     v.                     )  **DISTRICT COURT JUDGE**
                            )
JP MORGAN CHASE AS SUCCESSOR)
IN INTEREST TO WASHINGTON   )
MUTUAL, ET AL.,             )
                            )
          Defendants.       )
_____)

On April 2, 2010, defendant JP Morgan Chase Bank, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation acting as receiver, as successor in interest to Washington Mutual Bank, FA moved to dismiss pursuant to Rules 12(b)(6) and 56. On April 5, 2010, this court had ordered that the parties file either a "consent to proceed before a United States Magistrate Judge," or else a "declination to proceed before a United States Magistrate Judge and request for reassignment" no later than April 16, 2010. ("April 5, 2010 Order"). All of the parties have not consented (or otherwise responded to the April 5, 2010 Order) to jurisdiction of this court. Accordingly, the above-captioned action shall be

reassigned to a district court judge.

IT IS SO ORDERED.

Dated: April 29, 2010

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge