**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID WHITNEY,        ) | Case No.: 10-CV-0713-LHK |
| Plaintiff,        ) | ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL |
| v.                    ) | |
| JPMORGAN CHASE BANK, et al.,  ) | (re: docket #15) |
| Defendants.      ) | |

Based on Plaintiff's, Plaintiff's former counsel, and Plaintiff's current counsel's consent, Plaintiff's motion to substitute counsel is GRANTED. Lawrence Derak Duignan, APC, is no longer counsel of record for Plaintiff in this action. Plaintiff's counsel of record is now Thomas Craig Nelson, Esq.

**IT IS SO ORDERED.**

Dated: September 17, 2010

_____
LUCY H. KOH
United States District Judge

1