**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID WHITNEY,                           ) | Case No.: 10-CV-00713-LHK |
|                                          ) |  |
|             Plaintiff,                   ) | ORDER REMANDING CASE TO |
|     v.                                   ) | SANTA CLARA COUNTY SUPERIOR |
|                                          ) | COURT |
| JP MORGAN CHASE, ET AL.,                 ) |  |
|                                          ) |  |
|             Defendants.                  ) |  |
|                                          ) |  |

16  This case was reassigned to this Court on August 2, 2010. Thereafter, Defendants re-
17 noticed a motion to dismiss, which was set for hearing on December 9, 2010. In lieu of filing an
18 Opposition, Plaintiff filed a "Notice of Non-opposition and Intent to Dismiss Federal Claims and
19 Prayer to Remand Case to State Court." *See* Dkt. #17. In that brief, Plaintiff stipulated to
20 dismissal of his federal claims. Defendants did not file a Reply.

21  Pursuant to Federal Rule of Civil Procedure 41(a), a plaintiff may dismiss an action without
22 a court order by filing "a notice of dismissal before the opposing party serves either an answer or a
23 motion for summary judgment." Defendant has not filed an answer or a motion for summary
24 judgment. Thus, Plaintiff's federal claims are dismissed. The Court declines to exercise
25 jurisdiction over Plaintiff's state law claims. *See* 28 U.S.C. § 1367(c)(3) (a court may decline to
26 exercise supplemental jurisdiction where it "has dismissed all claims over which it has original
27 jurisdiction."). Accordingly, the case is REMANDED to the Superior Court for Santa Clara
28

1

Case No.: 10-CV-00713-LHK
ORDER REMANDING CASE

1  County.  The Clerk shall close the file and terminate any pending motions.  The motion hearing
2  and Case Management Conference scheduled for December 9, 2010 are vacated.
3  **IT IS SO ORDERED.**
4
5  Dated: November 30, 2010                                   _____
6                                                                                     LUCY H. KOH
                                                                                       United States District Judge